# Court of Appeals
# of the State of Georgia

ATLANTA,  May 24, 2021

*The Court of Appeals hereby passes the following order:*

## A21D0338. THE STATE v. DAVID EDWARD DRIVER, SR.

On February 10, 2021, the trial court issued an order granting the petition of David Edward Driver, Sr., to be removed from the sex offender registry under OCGA § 42-1-19. On March 15, 2021, the State filed this application for discretionary appeal.[1] We lack jurisdiction because the application is untimely.

To be timely, an application for discretionary appeal must be filed within 30 days of entry of the order or judgment to be appealed. See OCGA § 5-6-35 (d). As the State filed this application 33 days after entry of the order at issue, the application is untimely and must be dismissed. See *Crosson v. Conway*, 291 Ga. 220, 220-221 (1) (728 SE2d 617) (2012) (a failure to meet the 30-day statutory deadline for filing a discretionary application under OCGA § 5-6-35 (d) is a jurisdictional defect that requires dismissal of the application); see also *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989) ("The requirements of OCGA § 5-6-35 are jurisdictional and this [C]ourt cannot accept an appeal not made in compliance therewith.").

---

[1] The State filed its application in the Supreme Court, which transferred it to this Court. See Case No. S21D0837 (Apr. 12, 2021). The State also filed a direct appeal of the trial court's order, which this Court dismissed. See Case No. A21A1422 (May 14, 2021).

Accordingly, this application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,__05/24/2021_____*

     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*